*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

05/10/2018
FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 18-BG-361**

IN RE LARRY J. FELDMAN

A Suspended Member of the Bar of the                    **2018 DDN 62**
District of Columbia Court of Appeals

Bar Registration No. 460824

BEFORE: Fisher and Beckwith, Associate Judges, and Farrell, Senior Judge.

**O R D E R**
(FILED – May 10, 2018)

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Feldman has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Feldman*, 113 A.3d 1084 (D.C. 2015), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Larry J. Feldman is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**